NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3063

ORVILLE W. J. LAYTON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF THE ARMY,

Intervenor.

Petition for review of the Merit Systems Protection Board in case no. DC0752080226-I-1.

ON MOTION

## O R D E R

Orville W. J. Layton moves to deny the respondent and intervenor an extension of time.

The court notes that the motion for an extension of time was granted on April 1, 2010, before Layton's motion was received.

Upon consideration thereof,

IT IS ORDERED THAT:

Layton's motion is denied.

FOR THE COURT

MAY 0 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Orville W. J. Layton
       Joseph A. Pixley, Esq.
       Calvin Morrow, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK

2010-3063                           2